IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LACY NICKOL,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, D/B/A Zurich N.A.,<br><br>Defendant. | CV-24-92-GF-JTJ<br><br>ORDER |

Defendant Zurich American Insurance Company ("Zurich") filed a Motion in Limine and a Motion for Summary Judgment. (Docs. 16, 18). On March 20, 2026, the Court held a  hearing on theses motions.

Based upon the briefing and oral arguments, the Court **ORDERS,** for the reasons stated in open court, as follows:

1.  Zurich's Motion for Summary Judgment (Doc. 18) is **DENIED.**

2.  Zurich's Motion in Limine (Doc. 16) is **GRANTED**.  Nickol shall not present any argument, evidence, or statement about continuing her employment with Zurich after January 12, 2024, the date Zurich eliminated its Crops Claim Center unit. Should a jury determine Zurich is liable to Nickol for damages, the Court will conduct an evidentiary hearing on whether to award her damages for back pay and/or front pay.

1

DATED this 20th day of March 2026.

John Johnston
United States Magistrate Judge